**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7144**

_____

NATHANIEL RONALD WILSON,

                                      Petitioner - Appellant,

     versus

P. TRUE, Warden,

                                        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-01-674)

_____

Submitted: September 25, 2002     Decided: October 8, 2002

_____

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Nathaniel Wilson, Appellant Pro Se. Robert H. Anderson, III, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nathaniel Wilson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Wilson has not made a substantial showing of the denial of a constitutional right. See Wilson v. True, No. CA-01-674 (E.D. Va. July 3, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED